# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JOHN DOE,       )
           )
  Plaintiff,     )
           )
v.          )   CV420-033
           )
BOY SCOUTS OF AMERICA, *et al.*, )
           )
  Defendants.   )

## <u>ORDER</u>

This case was recently removed from state court and assigned to the undersigned. Doc. 1. Because of my prior service as a volunteer board member of one of the defendants, I recuse.

Two federal statutes govern judicial disqualification due to conflict of interests. The first, 28 U.S.C. § 144, only applies when "a party . . . makes and files a timely and sufficient affidavit . . . ." Since no such affidavit has been filed, it does not apply here. The second, 28 U.S.C. § 455, "places a judge under a self-enforcing obligation to recuse himself where the proper legal grounds exist." *United States v. Alabama*, 828 F.2d 1532, 1540 (11th Cir. 1987), *superseded by statute on other grounds as recognized by J.W. by and through Tammy Williams v. Birmingham Bd. of Ed.*, 904 F.3d 1248, 1254 (11th Cir. 2018). Prior to becoming a member

of this Court, I served as an executive board member (including a term as President) of the Coastal Georgia Council, Inc. Because it is vital that litigants and the public see that the judicial process is fair and impartial, I will exercise my discretionary power to recuse in this case. The Clerk is **DIRECTED** to forward a copy of this Order to the assigned District Judge for reassignment.

       **SO ORDERED**, this 21st day of February, 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA