IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE, a pseudonym, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-33 |
| v. | |
| BOY SCOUTS OF AMERICA (CORP); COASTAL GEORGIA COUNCIL, INC. f/k/a/ Coastal Empire Council, Inc.; and CITY OF BLOOMINGDALE, | |
| Defendants. | |

**ORDER**

This case was stayed on April 22, 2020, in light of the initiation of bankruptcy proceedings involving the Boy Scouts of America (CORP). (See doc. 15.) On August 23, 2023, the Court held a status conference, where it determined that the stay should remain in place and that the parties should bring any material changes to the Court's attention. (See doc. 23.) One year having passed since that conference, the Court **ORDERS** counsel for all parties to provide a joint update on the status of the related proceeding in the United States Bankruptcy Court for the District of Delaware, whether this case should remain stayed, and any other information counsel deems pertinent to the progress of this matter within **twenty-one (21) days** of the date of this Order.

**SO ORDERED**, this 27th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA